# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

157709

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

VALENTE GEONELLI FAULKS,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC:  157709
COA:  335607
Wayne CC:  14-009007-FC

By order of October 2, 2018, the application for leave to appeal the April 12, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Ames* (Docket No. 156077).  On order of the Court, leave to appeal having been denied in *Ames* on June 26, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019

a0904

Clerk